UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS COPELAND,

    Plaintiff,

vs.

Case No. 17-CV-10216

HON. ROBERT H. CLELAND

A.J.M. PACKAGING
CORPORATION.

    Defendant.

_____ /

## **SCHEDULING ORDER FOR COLLECTIVE ACTION BREIFING**

The court has reviewed the Rule 26(f) Proposed Discovery Plan and notes that the parties have identified preliminary motion practice that should precede a full case management scheduling order. The court agrees. By separate docket entry the conference has been cancelled.

IT IS ORDERED Plaintiff(s) shall file their motion relative to collective action status by **May 8, 2017**. A response is due **May 22, 2017**. No reply may be filed without court consent.

The parties are reminded of the need to meet and confer pursuant to ED Mich LR 7.1(a) before filing any motion. Upon receipt of the motion and response, the court will determine if oral argument is necessary.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated:   May 1, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2017, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\17-10216 COPELAND Briefing Sched.wpd