# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Darius Copeland,

    Plaintiff,                    Case No. 2:17-cv-10216-RHC-SDD

v                                    Hon. Robert H. Cleland

AJM Packaging Corporation,      Magistrate Judge Stephanie Dawkins Davis

    Defendant.

_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their undersigned counsel as evidenced by their respective signatures below, having stipulated to the entry of this Order and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all claims in this case are hereby dismissed with prejudice and without costs to either party.

IT IS SO ORDERED.  THIS IS A FINAL AND ORDER AND CLOSES THIS CASE.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  October 16, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 16, 2017, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522

2

Approved as to substance and form,
notice of entry being hereby waived:

Fagan McManus, P.C.                              Pitt McGehee Palmer & Rivers, P.C.

/s/ Jennifer Lossia McManus                      /s/ Megan A. Bonanni
Jennifer Lossia McManus (P65976)                 Megan A. Bonanni (P52079)
Attorneys for Plaintiff                          Attorney for Plaintiff

Finkel Whitefield Selik

/s/ Robert J. Finkel
Robert J. Finkel (P13435)
Attorneys for Defendant

Q:\00050.065\Stip Order of Dismissal w sigs.docx